WILLIAM BALL ET AL. *v.* EDWARD SLEDGE.

82    747
d95   581

1. JUSTICE'S COURT. *Appeal. Jurisdiction. Circuit court. Code* 1892, §§ 83, 84.

   A circuit court has no jurisdiction of a suit begun before a justice of the peace unless the record shows that a judgment was rendered by the justice of the peace and an appeal bond executed. Code 1892, §§ 83, 84.

2. SAME. *Supreme court.*

   The supreme court has no jurisdiction of a case begun in the court of a justice of the peace, unless the circuit court had jurisdiction.

FROM the circuit court of Bolivar county.

HON. A. McC. KIMBROUGH, Judge.

Ball and another, appellants, were plaintiffs, and Sledge, appellee was defendant in the court below. The case was begun in a justice's court. From a judgment in defendant's favor the plaintiffs appealed to the supreme court. The state of the record, on which the case turned, is shown by the opinion of the court.

*Moore & Clark,* for appellants.

*Sillers & Owen,* for appellee.

TRULY, J., delivered the opinion of the court.

This is a suit instituted by appellants in a justice of the peace court, and, so far as this record shows, the case was never tried or decided by the justice of the peace. There is no judgment of the justice of the peace, no bond for appeal to the circuit court, nothing to show a final determination in the court where the case was first tried. Sections 83 and 84 of the Code of 1892 state what is necessary to be done in causes originating before a justice of the peace and appealed to the circuit court. Under the facts disclosed by this record, the circuit court had no jurisdiction, and therefore this court has none, and we are forced to dismiss the appeal. Appellants may, if they can, perfect their appeal by certiorari, whereupon we will reinstate the case, conditioned that the appellants shall pay the costs of the appeal in this court. See *Gardner* v. *R. R. Co.,* 78 Miss., 640, 29 South., 469, and cases there cited.

*Appeal dismissed, but with privilege of reinstatement on terms indicated.*\*

---

\* The case was reinstated and afterwards decided on its merits. See next case in these reports.